**Order entered October 21, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01058-CV

**LURLIA "LEE" OGLESBY, ET AL., Appellants**

**V.**

**N. JUDE MENES FIRM D/B/A MENES LAW, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05938-A**

## ORDER

The reporter's record is past due. On October 8, 2015, the Court received correspondence from appellants confirming their request for preparation of the reporter's record. Accordingly, we **ORDER** Cathye Moreno, Official Court Reporter for the County Court at Law No. 1, to file, by **NOVEMBER 16, 2015**, either the reporter's record or written verification that appellants have not paid or made arrangements to pay the fee for the reporter's record. We caution appellants that if the Court receives written verification or no payment or payment arrangements, the Court may order the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/      ELIZABETH LANG-MIERS
JUSTICE